

# U.S. Department of Justice

United States Attorney
District of New Jersey
*Civil Division*

---

CRAIG CARPENITO
UNITED STATES ATTORNEY

THANDIWE BOYLAN
ASSISTANT UNITED STATES ATTORNEY

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*thandiwe.boylan@usdoj.gov*

main:   (973) 645-2700
direct: (973) 645-2724
fax:    (973) 297-2010

**VIA ECF**

December 17, 2020

Honorable John Kevin McNulty
United States District Judge
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:  *Nathaniel O.O. v. Wolf*
         Civil Action No. 20-15725(KM)

Dear Judge McNulty:

    We represent the Respondent in the above-referenced habeas action and write to update the Court on the status of Petitioner's immigration proceedings. On December 8, 2020, the Board of Immigration Appeals dismissed Petitioner's appeal of the immigration judge's decision denying his applications for asylum, withholding of removal, and protection under the Convention Against Torture. As a result, Petitioner's removal order is administratively final.[1]

    We thank the Court for its consideration of this matter.

                             Respectfully submitted,

                             CRAIG CARPENITO
                             United States Attorney

---

[1] Petitioner has 30 days to file a petition for review. Petitioner has not done so as of the date of this filing. Even if files a petition for review, his removal order will remain administratively final unless he obtains a stay of removal from the circuit court. *See Brodyak v. Davies*, No. CIV.A. 14-4351 JLL, 2015 WL 1197535, at *2 (D.N.J. Mar. 16, 2015).

By: <u>*s/Thandiwe Boylan*</u>
THANDIWE BOYLAN
Assistant United States Attorney